RECEIVED
By Tamara Ellis at 9:33 am, Nov 23, 2022

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 23, 2022

Ms. Debbie Saenz
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 424
Fort Worth, TX 76102-0000

    No. 22-11011   USA v. Kay
                     USDC No. 4:20-CR-269-1

Dear Ms. Saenz,

The court has granted your request for an extension of time until 2/3/23. This also extends the Judicial Council's discount date accordingly.

Please note in the future, you can find the following forms on our website at www.ca5.uscourts.gov in the "Clerks Office" section:

- Request for Extension of Time to file Transcript
- Request for Waiver of Mandatory Fee Reduction

                              Sincerely,
                              LYLE W. CAYCE, Clerk

                              By: /s/Lyle W. Cayce
                              Lyle W. Cayce

cc:
    Mr. Cody L. Cofer
    Ms. Madison Lee McWithey
    Ms. Karen S. Mitchell
    Mr. Brett Evan Ordiway
    Ms. Leigha Amy Simonton